# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00689-CV

**Crandall Medical Consulting Services, Inc., Appellant**

**v.**

**John A. Harrell, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT
### NO. C2007-0109C, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion requesting this Court to abate the instant appeal for thirty days to allow the parties an opportunity to complete their settlement negotiations. We grant the parties' motion to abate and abate this appeal until June 26, 2008.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Abated

Filed:   May 21, 2008